1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:21-CR-00045-JAM

12                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                          FINDINGS AND ORDER

14  GUY JOSEPH BASS,                      DATE: March 2, 2021
                                          TIME: 9:30 a.m.
15                    Defendant.          COURT: Hon. John A. Mendez

16

17                               **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.        The defendant was arraigned on the Indictment on February 26, 2021.  By previous order,

21  this matter was set for status on March 2, 2021.

22        2.        By this stipulation, defendant now moves to continue the status conference until April 13,

23  2021, and to exclude time between February 26, 2021, and April 13, 2021, under Local Code T4.

24        3.        The parties agree and stipulate, and request that the Court find the following:

25               a)        The government has represented that the discovery associated with this case

26  includes police reports, photographs, audio recordings of dispatch traffic, and approximately 14

27  gigabytes of body camera footage.  The body camera footage and documents pertaining to the

28  defendant's criminal history have been produced directly to counsel on February 26, 2021.  The

remainder of the discovery is forthcoming.

b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery existing and forthcoming discovery for this matter, to discuss potential resolution with her client, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2021 to April 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 1, 2021                           McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ ADRIAN T. KINSELLA
                                                ADRIAN T. KINSELLA
                                                Assistant United States Attorney


Dated:  March 1, 2021                           /s/ HANNAH R. LABAREE
                                                HANNAH R. LABAREE
                                                Counsel for Defendant
                                                GUY JOSEPH BASS



**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of March, 2021.


                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE