HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
GUY BASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00045-JAM-1 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE, AND TO EXCLUDE |
| vs. ) | TIME |
| ) | |
| GUY BASS ) | Date: May 25, 2021 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Acting U.S. Attorney Phillip Talbert, through Assistant United States Attorney Adrian Kinsella, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Guy Bass, that the previously-scheduled status conference date of May 25, 2021, be vacated and the matter be set for status conference on June 29, 2021 at 9:30 a.m.

To date, the defense has received 162 pages of paper discovery as well as 30 audio/video files. A further discovery request dated April 27 is currently being processed by the government.

The defense requires further time for investigations and review of discovery. Because of the coronavirus pandemic, ongoing since mid-March 2020, the discovery review process continues to be delayed due to the restrictions on in-person meetings and the resulting challenges

Stipulation to Continue Status Conference
and Exclude Time

-1-

surrounding full review of the discovery. As such, undersigned counsel requires additional time to review discovery and to conduct defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 29, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: May 18, 2021                HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Hannah Labaree*
                                   HANNAH LABAREE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   GUY BASS

Dated: May 18, 2021                PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ *Adrian Kinsella*
                                   ADRIAN KINSELLA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including June 29, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 25, 2021 status conference shall be continued until June 29, 2021, at 9:30 a.m.

DATED: May 18, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE