HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GUY BASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>GUY BASS,<br><br>                    Defendant. | Case No.  2:21-cr-00045-JAM-1<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; EXCLUDE TIME**<br><br>Date:  August 10, 2021<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

By this stipulation, the parties move to vacate the status conference set for August 10, 2021 at 9:00 a.m., and set a Change of Plea hearing to August 17, 2021 at 9:30 a.m.

Defense counsel requires additional time to meet and confer with her client regarding the Change of Plea, review facts of the case and prepare for mitigation. The parties agree August 17, 2021 represents the next best date for a change of plea.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including August 17, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: August 6, 2021 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | /s/ Hannah Labaree<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GUY BASS |
| Date: August 6, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|   | /s/ Adrian Kinsella<br>ADRIAN KINSELLA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Order to Vacate Status
Conference and Set Change of Plea Hearing

-2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 17, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 10, 2021 status hearing shall be vacated and a change of hearing scheduled for August 17, 2021, at 9:30 a.m.

Date:  August 6, 2021               /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE